# UNITED STATES DISTRICT COURT
## District of Minnesota

William Ballou

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

v.  Case Number: 21-cv-00694-DLM

Asset Marketing Services, LLC

Defendant.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The claims of Plaintiff William Ballou in this action are **DISMISSED WITH PREJUDICE** and on the merits, without costs, disbursements, or attorney's fees to any party.

Date: 10/18/2024

KATE M. FOGARTY, CLERK